THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MILGARD MANUFACTURING, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois surplus lines carrier,<br><br>    Defendants. | Case No.: 3:10-CV-05943-RJB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR**:<br>**January 24, 2011** |

PURSUANT to Fed.R.Civ.P. 6 (b) and 12(a) and CR 7(d) and 10(g) Plaintiff and Defendant, through undersigned counsel, stipulate that Defendant Illinois Union Insurance Company may have an additional nineteen (19) days, until February 14, 2011, to plead in response to Plaintiff's Complaint for: 1. Breach of Contract; 2.Declaratory Judgment; 3. Bad Faith; and Consumer Protection Act ("Complaint"), and in support thereof, aver as follows:

    1.    Defendant was served with a copy of the Complaint and a 40 day Summons in the above-captioned matter on January 4, 2011 by service on the Insurance Commissioner of the State of Washington.

    2.    Pursuant to the 40 day Summons, Plaintiff and Defendant stipulate and agree that Defendant may have 40 days after the date of said service upon the Insurance Commissioner to answer or respond to the Complaint.

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT - 1
Case No. 3:10-CV-05943-RJB

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

3. Doug Tuffley, counsel for Defendant, and Matthew J. Segal, counsel for Plaintiff, conferred on January 21, 2011 and January 24, 2011, and agreed to this Stipulation and Order enlarging time under Fed.R.Civ.P. 12(a) by nineteen (19) days, until February 14, 2011, for Defendant to plead in response to Plaintiff's Complaint.

DATED: January 24, 2011.

| COZEN O'CONNOR | K&L GATES, LLP |
|---|---|
| By: /s/ Doug Tuffley | By: /s/ Matthew J. Segal |
| Doug Tuffley, WSBA #6912<br>Cozen O'Connor<br>1201 Third Avenue<br>Seattle, Washington 98101<br>Tel.: 206.340.1000<br>Fax: 206.621.8783<br>E-mail: dtuffley@cozen.com<br>Attorneys for Defendant, Illinois Union Insurance Company | Matthew J. Segal, WSBA #29797<br>K&L Gates, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Tel: 206-621-7580<br>Fax: 206-621-7022<br>E-mail: matthew.segal@klgates.com<br>Attorneys for Plaintiff Milgard Manufacturing, Inc. |

IT IS SO ORDERED.

DATED this 24th day January, 2011.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT - 2
Case No. 3:10-CV-05943-RJB

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2011, I electronically filed this STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew J. Segal.

DATED this 24th day of January, 2011.

COZEN O'CONNOR

By: /s/ Lisa Blakeney, Legal Assistant to
    Doug Tuffley, WSBA #6912
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail:  dtuffley@cozen.com

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT - 3
Case No. 3:10-CV-05943-RJB

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000