Honorable ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILGARD MANUFACTURING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois surplus lines carrier; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York capital stock company; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania capital stock company, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts mutual insurance company,<br><br>Defendants. | No. 10-CV-05943-RJB<br><br>NOTICE OF SETTLEMENT BETWEEN MILGARD AND ILLINOIS UNION INSURANCE COMPANY |

Plaintiff Milgard Manufacturing, Inc. ("Milgard") and Defendant Illinois Union Insurance Company ("IUIC") hereby inform the Court that they have settled all claims against one another in this case. The terms of the settlement resolve all claims or causes of action which were or could have been alleged against IUIC by Milgard and all counterclaims or causes of action which were or could have been alleged against Milgard by IUIC in this case.

NOTICE OF SETTLEMENT BETWEEN
MILGARD AND IUIC - 1
Case No. (Cause No. 10-CV-05943-RJB)

20008 00001 bf25cz04yf

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2100
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

Milgard's claims against Defendants American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Liberty Mutual Insurance Company are not resolved by this settlement. Milgard and IUIC are filing a Stipulation and [Proposed] Order of Dismissal With Prejudice of IUIC concurrently with this Notice of Settlement.

DATED this 25th day of June, 2012.

PACIFICA LAW GROUP, LLP

By  s/Gregory J. Wong
Paul J. Lawrence, WSBA #13557
Matthew J. Segal, WSBA #29797
Gregory J. Wong, WSBA #39329
Attorneys for Plaintiff Milgard


COZEN O'CONNOR

By  s/ Doug Tuffley (per email authority)
Doug Tuffley, WSBA No. 6912
Melissa White, WSBA No. 27668
Attorneys for Defendant Illinois Union
Insurance Company

NOTICE OF SETTLEMENT BETWEEN
MILGARD AND IUIC - 2
Case No. (Cause No. 10-CV-05943-RJB)

20008 00001 bf25cz04yf

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2100
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2012, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

Doug Tuffley, WSBA #6912
Melissa White, WSBA #27668
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101
dtuffley@cozen.com
mwhite@cozen.com

Attorneys for Defendant Illinois Union Insurance Company

John Silk, WSBA #15035
Sara Eversole, WSBA #36335
WILSON SMITH COCHRAN DICKERSON
901 5th Ave Ste 1700
Seattle, WA 98164-2050
silk@wscd.com
Eversole@wscd.com

Attorneys for Defendant Liberty Mutual Insurance Company

Donald J. Verfurth, WSBA # 15554
Linda Clapham, WSBA #16735
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
dverfurth@gordonrees.com
lclapham@gordonrees.com

Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, PA and American International Specialty Lines Insurance Company

Signed at Seattle, Washington this 25th day of June, 2012.

_____
Katie Dillon

NOTICE OF SETTLEMENT BETWEEN
MILGARD AND IUIC - 3
Case No. (Cause No. 10-CV-05943-RJB)

20008 00001 bf25cz04yf

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2100
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500